■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA ROSNER, Appellant.—Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contention that the court erred in ordering a joint trial with separate juries rather than separate trials. Defendant's primary argument is that the court, by failing to direct separate trials, effectively deprived him of the benefit of a plea offer that would have resulted in a sentence of 20 years to life rather than the 25 years to life he received. The plea offer was part of a plea negotiation; it was not available unless accepted by both defendants. The codefendant chose to proceed to trial and the plea offer was withdrawn. Defendant had a right to plead to the full indictment *(see, People v Bradley,* [appeal No. 1], 184 AD2d 1041; CPL 220.10 [2]), but not to anything less without the consent of the People *(see,* CPL 220.10 [2], [3]).

We have reviewed the other contentions raised by defendant and find that they were unpreserved or without merit. (Appeal

from Judgment of Genesee County Court, Morton, J.—Murder, 2nd Degree.) Present—Boomer, J. P., Green, Balio, Boehm and Fallon, JJ.